**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ADEL GERGES,<br><br>Plaintiff,<br><br>v.<br><br>LGA 2020 JV LLC, VILLA ENTERPRISES II, INC., VILLA RESTAURANT GROUP, LLC and DINO MARINOS,<br><br>Defendants. | Civil Action No. 1:22-cv-6993-ARR-RML<br><br>**RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

Defendants LGA 2020 JV LLC, Villa Enterprises II, Inc., and Villa Restaurant Group, LLC are each privately-owned companies and no public corporation holds 10% or more of their stock.

Respectfully submitted,

**FISHER & PHILLIPS LLP**
Attorneys for Defendants LGA 2020 JV LLC, Villa Enterprises II, Inc., Villa Restaurant Group, LLC

By: ______________________________
Sarah Wieselthier
430 Mountain Ave., Suite 303
Murray Hill, New Jersey 07974
Phone: (908) 516-1050
Fax: (908) 516-1051
E-mail: swieselthier@fisherphillips.com

Dated: April 21, 2023

**CERTIFICATE OF SERVICE**

I certify that on this date, the foregoing Corporate Disclosure Statement was electronically filed via the Court's CM/ECF system, thereby serving all counsel of record.

Respectfully submitted,

**FISHER & PHILLIPS LLP**
Attorneys for Defendants LGA 2020 JV LLC, Villa Enterprises II, Inc., Villa Restaurant Group, LLC

By:______________________________
Sarah Wieselthier
430 Mountain Ave., Suite 303
Murray Hill, New Jersey 07974
Phone: (908) 516-1050
Fax: (908) 516-1051
E-mail: swieselthier@fisherphillips.com

Dated: April 21, 2023